# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FATAI KING,          : | |
|       Plaintiff,    : | |
|           : | |
|      v.          : | Civ. No. 15-2270 |
|           : | |
| U.S. XPRESS, INC.,    : | |
| MOUNTAIN LAKE RISK RETENTION  : | |
| GROUP, INC.          : | |
|       Defendants.  : | |
|           : | |

## ORDER

**AND NOW**, this 1st day of September, 2016, upon consideration of Defendants' Second Motion for Summary Judgment (Doc. No. 28), Plaintiff's Response (Doc. No. 29), Defendants' Reply (Doc. No. 31), and all related submissions, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**. Judgment is entered in favor of Defendants U.S. Xpress, Inc. and Mountain Lake Risk Retention Group, Inc. and against Plaintiff Fatai King.

The Clerk's Office shall **CLOSE** this case for statistical purposes.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

_____

September 1, 2016                                                                 Paul S. Diamond, J.